**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                              PLAINTIFF

v.                                              No. 4:12CR00193 JLH

MICHAEL LEWIS                                                                                                             DEFENDANT

## ORDER

Michael Lewis has filed a motion for early termination of supervised release. The United States must respond to the motion, after conferring with the probation office, on or before December 19, 2014.

IT IS SO ORDERED this 5th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE